People v Rodriguez (2026 NY Slip Op 01167)

People v Rodriguez

2026 NY Slip Op 01167

Decided on March 03, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: March 03, 2026

Before: Webber, J.P., Shulman, Higgitt, Rosado, Hagler, JJ. 

Ind. No. 74794/22|Appeal No. 5974|Case No. 2024-05340|

[*1]The People of the State of New York, Respondent,
vAldo Jorge Rodriguez, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Leanna J. Duncan of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Maria I. Wager of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Albert Lorenzo, J. on motion to dismiss; Alvin Yearwood, J. at plea; Seth Steed, J. at sentencing), rendered August 8, 2024, convicting defendant of criminal possession of a weapon in the fourth degree, and sentencing him to one year of probation, unanimously affirmed.
Even assuming the validity of defendant's waiver of appeal, it would not foreclose from review his Second Amendment claim, and he has standing to raise his facial challenge to the constitutionality of New York's firearm licensing scheme, notwithstanding that he never applied to obtain a firearm license (see People v Johnson, — NY3d —, —, 2025 NY Slip Op 06528, *2 [2025]). However, defendant has failed to establish that the instant indictment is unconstitutional under New York State Rifle & Pistol Assn., Inc. v Bruen (597 US 1 [2022]; see e.g. Johnson, 2025 NY Slip Op 06528, *3; People v Rosavong, - AD3d -, 2026 NY Slip Op 00096 [1st Dept 2026]; People v Balogh - AD3d -, 2026 NY Slip Op 00323 [1st Dept 2026]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: March 3, 2026